# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| TYRONE HARVEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:17-cv-02128-AKK-GMB |
| REGISTERED NURSE MS. BROOKE, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on November 14, 2019, recommending the defendant's special report be treated as a motion for summary judgment and further recommending that the motion be granted. Doc. 26. Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court finds that no genuine issues of material fact exist, and the magistrate judge's report is hereby **ADOPTED**, and the recommendation is **ACCEPTED**. Accordingly, the court finds that the defendant's motion for summary judgment is due to be granted. A separate final judgment will be entered.

**DONE** the 12th day of December, 2019.

                                                                   **ABDUL K. KALLON**
                                                            UNITED STATES DISTRICT JUDGE